# First District Court of Appeal
## State of Florida

_____

No. 1D18-15
_____

Eric Jermaine Hayward,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

December 11, 2018

Per Curiam.

Affirmed.

Wetherell, Rowe, and Winokur, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Robert Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.